**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jasper B. MACKEY, Jr., Defendant– Appellant.**

**No. 00–7175.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 26, 2001.

Decided Feb. 7, 2001.

---

**58**

Jasper B. Mackey, Jr., pro se.

Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, NC, for appellee.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM.

Jasper B. Mackey, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Mackey,* Nos. CR–96–135–MU; CA–00–162–V (W.D.N.C. June 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*